OPINION — AG — ** AFTER FORMER CONVICTION — FELONIES — CONVICTIONS ** THE ENHANCEMENT PROVISIONS OF 21 O.S. 801 [21-801] ARE 'NOT' TRIGGERED UNTIL AN OFFENDER HAS BEEN CONVICTED OF THREE(3) SEPARATE AND DISTINCT VIOLATIONS OF THIS SECTION, WITH SUCH CONVICTIONS HAVING ARISEN FROM NO FEWER THAN THREE(3) SEPARATE AND DISTINCT CRIMINAL TRANSACTIONS. (FELONIES, PUNISHMENT, AFTER FORMER CONVICTION, SECOND STAGE, TRIAL, SENTENCES) CITE: 21 O.S. 801 [21-801], 21 O.S. 51 [21-51](B), 22 O.S. 991 [22-991](A), 22 O.S. 991 [22-991](A)(B), 57 O.S. 138 [57-138] (WILLIAM H. LUKER)